**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| CULBERTSON AND ASSOCIATES, INC.,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A. et al.,<br>Defendants. | Case № 2:25-cv-11777-ODW (KLSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice;
3. All dates and deadlines are **VACATED**; and
4. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

July 17, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**